UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dale P. Stocker,

Plaintiff,

v.

Federal Bureau of Prisons, North Central Region,

Defendant.

Civil 00-2016 ADM/FLN

ORDER

On September 14, 2000, the court received a letter from the plaintiff in the above captioned case asking the court for legal advice. The court cannot provide litigants with advice or counsel. IT IS HEREBY ORDERED that the letter be docketed.

IT IS FURTHER ORDERED that if the plaintiff pays the initial partial filing fee by the date set forth in this court's previous order dated September 6, 2000, the court will treat his complaint as one under the Federal Tort Claims Act and plaintiff will have 20 days from the payment of the initial partial filing fee to file an amended complaint which conforms to the requirements of the Federal Tort Claims Act.

DATED: September 28, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED SEP 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK