UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2016 ADM/FLN

| | | |
|---|---|---|
| DALE R. STOCKER, | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| FEDERAL BUREAU OF PRISONS, NORTH CENTRAL REGION, | ) | |
| Defendant. | ) | |

This matter came before the Court on the Motion For Extension of Time by the Defendant, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Defendant has to respond to the complaint is extended to and including March 16, 2001.

Dated: 9/01

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAR 12 2001
CLERK