UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dale P. Stocker,

Plaintiff,

v.

Federal Bureau of Prisons,
North Central Region,

Defendant.

Civil No. 00-2016 (ADM/FLN)

**ORDER**

**THIS MATTER** is before the undersigned United States Magistrate Judge on Defendant's Motion to Dismiss [# 22].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. If Plaintiff chooses to file a written response to Defendant's Motion to Dismiss [#22], filed on March 15, 2001, said response must be filed with the Court within 30 days of the date of this Order.

DATED: April 16, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

APR 17 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK